**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**In Re Crystal L. Stamos**
**12811 Captain Dr.**
**Chester, VA 23836**
**SSN: xxx-xx-9135**

        Plaintiff,

v.                                              CASE NO.: 3:23-BK-33828-KRH

Allen Scott Eger
20404 Hickory Cir.
South Chesterfield, VA 23803
        Defendants.

**LIMITED NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

    Please note the appearance of Jason M. Krumbein of Krumbein Consumer Legal Services, as co-counsel of record for Plaintiff for the limited purpose of prosecuting the Motion for Sanctions and Civil Contempt.

                                        Crystal L. Stamos

                                        By:_____/s/Jason M. Krumbein_____.
                                                Of Counsel
                                      Jason M. Krumbein, Esq. VSB#43538
                                      Krumbein Consumer Legal Services, Inc
                                      1650 Willow Lawn Dr. Suite 201
                                      Richmond, VA 23230
                                      804.592.0792
                                      804.823.2565 (fax)
                                      JKrumbein@KrumbeinLaw.com(e-mail)

1

Jason M. Krumbein, Esq. VSB#43538
Krumbein Consumer Legal Services
1650 Willow Lawn Dr. Suite 201
Richmond, VA 23230
804-592-0792
804-823-2565 (fax)
JKrumbein@Krumbeinlaw.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 21st Day of December, 2022, that I electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notice of such filing (NEF) to the following:

Pia J. North, Counsel for the debtor
Suzanne E. Wade, Chapter 13 Trustee

And I hereby certify that I will mail the document by US Mail to the following non filing users:

Allen Scott Eger
20404 Hickory Circle
South Chesterfield, VA 23803

By:         /s/ Jason M. Krumbein         .
Jason M. Krumbein, Esq. VSB#43538
Counsel for the Plaintiff
Krumbein Consumer Legal Services
1650 Willow Lawn Dr. Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com(e-mail)

2

Jason M. Krumbein, Esq. VSB#43538
Krumbein Consumer Legal Services
1650 Willow Lawn Dr. Suite 201
Richmond, VA 23230
804-592-0792
804-823-2565 (fax)
JKrumbein@Krumbeinlaw.com (e-mail)