# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

**In Re Crystal L. Stamos**
**12811 Captain Dr.**
**Chester, VA 23836**
**SSN: xxx-xx-9135**

      Plaintiff,

v.                                                            CASE NO.: 3:23-BK-33828-KRH

Allen Scott Eger
20404 Hickory Cir.
South Chesterfield, VA 23803
      Defendants.

## Fee Disclosure Pursuant to LBR 2016-1

Counsel will be paid on a contingent hourly fee basis for the work done on the Motion for Sanctions and Civil Contempt by filing an application for fees against Eger.

      Crystal L. Stamos

      By: /s/Jason M. Krumbein .
           Of Counsel
Jason M. Krumbein, Esq. VSB#43538
Krumbein Consumer Legal Services, Inc
1650 Willow Lawn Dr. Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com(e-mail)

1

Jason M. Krumbein, Esq. VSB#43538
Krumbein Consumer Legal Services
1650 Willow Lawn Dr. Suite 201
Richmond, VA 23230
804-592-0792
804-823-2565 (fax)
JKrumbein@Krumbeinlaw.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 21st Day of December, 2022, that I electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notice of such filing (NEF) to the following:

Pia J. North, Counsel for the debtor
Suzanne E. Wade, Chapter 13 Trustee

And I hereby certify that I will mail the document by US Mail to the following non filing users:

Allen Scott Eger
20404 Hickory Circle
South Chesterfield, VA 23803

By:           /s/ Jason M. Krumbein           .
Jason M. Krumbein, Esq. VSB#43538
Counsel for the Plaintiff
Krumbein Consumer Legal Services
1650 Willow Lawn Dr. Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com(e-mail)

2

Jason M. Krumbein, Esq. VSB#43538
Krumbein Consumer Legal Services
1650 Willow Lawn Dr. Suite 201
Richmond, VA 23230
804-592-0792
804-823-2565 (fax)
JKrumbein@Krumbeinlaw.com (e-mail)