**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**In Re Crystal L. Stamos**
**12811 Captain Dr.**
**Chester, VA 23836**
**SSN: xxx-xx-9135**

       Plaintiff,

v.                                  CASE NO.: 3:23-BK-33828-KRH

Allen Scott Eger
20404 Hickory Cir.
South Chesterfield, VA 23803
       Defendants.

**LIST OF WITNESSES**

1. Crystal Stamos
2. David Jones
3. Allen Eger
4. Mandy Mansfield

LIST OF EXHIBITS

1. Petition
2. Schedules
3. Plan
4. Change of Address for Allen Eger

1

Jason M. Krumbein, Esq. VSB#43538
Krumbein Consumer Legal Services
1650 Willow Lawn Dr. Suite 201
Richmond, VA 23230
804-592-0792
804-823-2565 (fax)
JKrumbein@Krumbeinlaw.com (e-mail)

5. State court record of lawsuit

6. State court record of Writ of Fieri Fascias

7. Business card for Chesterfield County Deputy

8. Text Messages between Allen Eger and Mandy Mansfield

9. Proof of Claim filed by Allen Eger

10. Recording of Meeting of Creditors of Plaintiff

                                Crystal L. Stamos

                                By: _____/s/Jason M. Krumbein_____.
                                     Of Counsel
Jason M. Krumbein, Esq. VSB#43538
Krumbein Consumer Legal Services, Inc
1650 Willow Lawn Dr. Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com(e-mail)

2

Jason M. Krumbein, Esq. VSB#43538
Krumbein Consumer Legal Services
1650 Willow Lawn Dr. Suite 201
Richmond, VA 23230
804-592-0792
804-823-2565 (fax)
JKrumbein@Krumbeinlaw.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 19th Day of March, 2024, that I electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notice of such filing (NEF) to the following:

Pia J. North, Counsel for the debtor
Suzanne E. Wade, Chapter 13 Trustee

And I hereby certify that I will mail the document by US Mail to the following non filing users:

Allen Scott Eger
20404 Hickory Circle
South Chesterfield, VA 23803

By:_____/s/ Jason M. Krumbein_____.
Jason M. Krumbein, Esq. VSB#43538
Counsel for the Plaintiff
Krumbein Consumer Legal Services
1650 Willow Lawn Dr. Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com(e-mail)

3

Jason M. Krumbein, Esq. VSB#43538
Krumbein Consumer Legal Services
1650 Willow Lawn Dr. Suite 201
Richmond, VA 23230
804-592-0792
804-823-2565 (fax)
JKrumbein@Krumbeinlaw.com (e-mail)