# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

**In re:**

| | |
|---|---|
| **CRYSTAL L. STAMOS,** | **CHAPTER 13** |
| **DEBTOR.** | **CASE NO. 23-33828-KRH** |

## NOTICE OF APPEARANCE

The undersigned hereby appears in these Chapter 13 Bankruptcy Proceedings as Counsel for CB Rentals, LLC, and requests that Samuel I. White, P.C. be placed upon the mailing list of those Creditors, parties in interest and Counsel who receive all Notices in these proceedings.

Respectfully submitted,

**SAMUEL I. WHITE, P.C.**

By: **/s/JOHNIE R. MUNCY**
*Eric D. White,* Esquire, Bar No. 21346
*Johnie R. Muncy*, Esquire, Bar No. 73248
1804 Staples Mill Road, Suite 200
Richmond, VA 23230

*D. Carol Sasser*, Esquire, Bar No. 28422
448 Viking Drive, Suite 350
Virginia Beach, VA 23452

Samuel I. White, P.C.
Tel: (804) 290-4290
Fax: (757) 490-8143
jmuncy@siwpc.com

### CERTIFICATE OF SERVICE

I certify that on June 18, 2024, the foregoing Notice was served via CM/ECF on Suzanne E. Wade, Trustee, and Pia J. North, Counsel for Debtor, at the email addresses registered with the Court, and that a true copy was mailed via first class mail, postage prepaid, to Crystal L. Stamos, Debtor, 12811 Captain Drive, Chester, VA 23836.

**/s/JOHNIE R. MUNCY**
Johnie R. Muncy, Esquire
Samuel I. White, P. C.

File No. 89552