UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re:   Crystal L. Stamos, Debtor | ) <br> ) | Case No. 23-33828-KRH <br> Chapter 13 |

## MOTION TO DISMISS

COMES NOW Suzanne E. Wade, Chapter 13 Trustee, and moves this Court to dismiss this case for the cause as follows:

1. The Debtor filed this Chapter 13 Petition, now pending in the United States Bankruptcy Court, Eastern District of Virginia, Richmond Division, on 11-03-23, under 11 U.S.C. Chapter 13.

2. The Debtor's most recent confirmed Plan (the "Plan") was filed 11-14-23, and confirmed by Order entered 01-12-24.

3. The Plan's funding appears insufficient to provide creditors with the distributions required by the Plan.

4. As such, the Trustee would suggest the Debtor has caused an unreasonable delay that is prejudicial to creditors, and that dismissal is appropriate pursuant to 11 U.S.C. § 1307(c)(1).

WHEREFORE, for the reasons stated herein, the Chapter 13 Trustee, by Counsel, respectfully moves the Court to dismiss this Chapter 13 case, and for such further and other relief as the Court deems necessary.

Date: July 1, 2024                                                  /s/ Suzanne E. Wade
                                                                                Suzanne E. Wade, Chapter 13 Trustee

**Suzanne E. Wade, Chapter 13 Trustee**
Virginia State Bar Number 31868
7202 Glen Forest Dr., Suite 202
Richmond, VA 23226
(804) 775-0979

## CERTIFICATE OF SERVICE

      I hereby certify a true copy of the foregoing MOTION TO DISMISS was served electronically or by first-class mail, postage prepaid, this 1st day of July, 2024, upon the following parties:

Crystal L. Stamos
12811 Captain Drive
Chester, VA  23836

PIA J. NORTH, ESQUIRE
NORTH & ASSOCIATES
5913 HARBOUR PARK DRIVE
MIDLOTHIAN, VA  23112
pjn@pianorth.com

                                        /s/ Suzanne E. Wade
                                            Suzanne E. Wade, Chapter 13 Trustee

**Suzanne E. Wade, Chapter 13 Trustee**
Virginia State Bar Number 31868
7202 Glen Forest Dr., Suite 202
Richmond, VA 23226
(804) 775-0979

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: Crystal L. Stamos, Debtor | ) | Case No. 23-33828-KRH |
|  | ) | Chapter 13 |
| 12811 Captain Drive | ) | |
| Chester, VA  23836 | ) | |
|  | ) | |
|  | ) | |
| XXX-XX-9135 | ) | |
|  | ) | |

### NOTICE OF MOTION AND NOTICE OF HEARING

Suzanne E. Wade, Chapter 13 Trustee, has filed a motion with the Court requesting that your case be dismissed.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before seven (7) days before the date of the hearing, you or your attorney must:

 X  File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H).  If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

> Clerk of Court
> United States Bankruptcy Court
> 701 East Broad Street, Suite 4000
> Richmond, Virginia 23219

You must also mail a copy to:

> Suzanne E. Wade, Chapter 13 Trustee
> 7202 Glen Forest Dr., Suite 202
> Richmond, Virginia 23226

 X  Attend the hearing on the Motion, scheduled to be held on **August 21, 2024** at **11:15 a.m.** at **United States Bankruptcy Court, 701 East Broad Street, Room 5000, Richmond, Virginia, 23219**.

**Suzanne E. Wade, Chapter 13 Trustee**
Virginia State Bar Number 31868
7202 Glen Forest Dr., Suite 202
Richmond, VA 23226
(804) 775-0979

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion, and may enter an order granting that relief.

Date: <u>July 1, 2024</u>              <u>/s/ Suzanne E. Wade</u>
                                       Suzanne E. Wade, Chapter 13 Trustee

### CERTIFICATE OF SERVICE

I hereby certify a true copy of the foregoing NOTICE OF MOTION AND NOTICE OF HEARING was served electronically or by first-class mail, postage prepaid, this 1st day of July, 2024, upon the following parties:

Crystal L. Stamos
12811 Captain Drive
Chester, VA  23836

PIA J. NORTH, ESQUIRE
NORTH & ASSOCIATES
5913 HARBOUR PARK DRIVE
MIDLOTHIAN, VA  23112
pjn@pianorth.com

                                       <u>/s/ Suzanne E. Wade</u>
                                       Suzanne E. Wade, Chapter 13 Trustee

**Suzanne E. Wade, Chapter 13 Trustee**
Virginia State Bar Number 31868
7202 Glen Forest Dr., Suite 202
Richmond, VA 23226
(804) 775-0979