**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

To: In Re: _____

Case No: _____

Adversary Proceeding No: _____

Chapter: _____

**NOTICE TO CURE FILING FEE DEFICIENCY**

Pursuant to 28 U.S.C. 1930 and Local Bankruptcy Rule 1006-1(C), the papers filed by you are deficient due to the lack of payment of the statutory filing fee as noted below. **Failure to provide payment, or file a notice of hearing or request for hearing, by 4:00 p.m. on _____ may result in the pleading being stricken or the dismissal of your adversary proceeding.**

Fees must be paid in the exact amount and may be paid by credit card, *cash, check or money order payable to "Clerk, U.S. Bankruptcy Court." If the debtor is paying, then payment must be in the form of *cash, money order or certified check. ***(Cash is not accepted at the Newport News division. All divisions require exact change.)**

**ADVERSARY PROCEEDINGS and REMOVALS:**

_____    Filing Fee Due:  $350.00.

**MOTIONS:  [Motion to terminate, annul, modify, or condition the automatic stay provided under 11 U.S.C. 362(a) of title 11, a motion to compel abandonment of property of the estate pursuant to Federal Rule of Bankruptcy Procedure 6007(b), a motion to sell property free and clear of liens under 11 U.S.C. § 363(f). or a motion to withdraw the reference of a case under 28 U.S.C. 157(d).]**

_____    Filing Fee Due:  $199.00.

**MOTIONS TO REOPEN CLOSED CASE:**

_____    Filing Fee Due: \_\_$260.00 [chapter 7], \_\_ $235.00 [chapter 13] \_\_ $1,167.00 [chapter 11], \_\_$200.00 [chapter 12].

**FILING A DOCUMENT NOT RELATED TO A PENDING CASE OR PROCEEDING:**

_____    Filing Fee Due:  $52.00

**AMENDMENT FEE for Adding/Deleting Creditors, changing the amount of debt or classification of a debt**

_____    Filing Fee Due:  $34.00

**MOTIONS TO CONVERT:**

_____    Conversion Fee Due:  \_\_$25.00 [13 to 7]; \_\_$60.00 [12 to 7]; \_\_$15.00 [11 to 7];
              \_\_ $922.00 [7 to 11]; \_\_ $932.00 [13 to 11]

**MOTIONS TO RESTRICT PUBLIC ACCESS:**

_____    Filing Fee Due:  $28.00

**TRANSFER OF CLAIM:**

_____    Transfer of Claim Fee Due:  $28.00

|  |  |
|---|---|
|  | CLERK, UNITED STATES BANKRUPTCY COURT |
| Date: _____ | By: _____ |
|  | Deputy Clerk |

Telephone Number: _____

Electronic Notice    \_\_\_\_\_
Notice by Mail       \_\_\_\_\_ [Notice period shall commence 3 days after the notice is mailed. LBR 1006-1(C)]

[cure4pm-other ver. 12/23]