# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

__Richmond__ Division

**In re** Crystal L. Stamos        Case No. 23-33828-KRH

**Debtor(s)**        Chapter 13

**Plaintiff(s)**        AP No. *[If applicable]*

**v.**

**Defendant(s)**

## ORDER STRIKING PLEADING

A __Amended Schedule(s) and/or Statement(s) Filed: Schedule D__, having been filed by __Pia J. North__, on __August 8, 2024__, and proponent having failed to timely cure the deficiencies as set forth in the

Notice to Cure Filing Fee Deficiency pursuant to the provisions of LBR 1006-1(C)

it is, therefore

**ORDERED** that the above pleading(s) is/are stricken from the record in the above-referenced case or adversary proceeding.

       WILLIAM C. REDDEN
       Clerk of Court

Date: September 16, 2024        By /S/Renier Jessel
       Deputy Clerk

       NOTICE OF JUDGMENT OR ORDER
       ENTERED ON DOCKET September 16, 2024

[ostrkpldg ver. 08/23]