# United States Bankruptcy Court
## Eastern District of Virginia

In re **Crystal L. Stamos**  Case No. **23-33828**
Debtor  Chapter **13**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

- [ ] Involuntary/Voluntary Petition *[Specify reason for amendment: ____]*
  Check if applicable: [ ] Soc. Sec. No. amended. **[*If applicable*: An original, signed Official Form 121 was mailed/hand-delivered to the Clerk's office on ____.*]**
- [ ] Summary of Your Assets and Liabilities (and Certain Statistical Information - Individuals Only)
- [✓] Declaration (Individuals - Form 106Dec) (Non-Individuals - Form 202)
- [ ] Schedule A/B – Property
- [ ] Schedule C – The Property You Claim as Exempt
- [✓] Schedule D – Creditors Who Hold Claims Secured by Property (See LBR 1009-1)
- [ ] Schedule E/F – Creditors Who Have Unsecured Claims (See LBR 1009-1)

  (*$34.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.*) **Check applicable statement(s):**
  - [✓] **Creditor(s) added**    [ ] **Creditor(s) deleted**
  - [ ] **Change in amounts owed or classification of debt**
  - [ ] **No pre-petition creditors added/deleted, or amounts owed or classification of debt changed.** [Docket: Amended Schedule(s) and/or Statement(s), List(s)-NO FEE]
  - [ ] **Post-petition creditors added (Schedule of Unpaid Debts)**
  
  **REMINDER: Conversion of Chapter 13 to Chapter 7 - only file Schedule of Unpaid Debts.**
- [ ] Schedule G – Executory Contracts and Unexpired Leases
- [ ] Schedule H – Your Codebtors
- [ ] Schedule I – Your Income
- [ ] Schedule J – Your Expenses

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors. *Amendment of debtor(s) Social Security Number requires that this cover sheet together with a completed Official Form 121 – Statement About Your Social Security Numbers be electronically filed or submitted to the Clerk's Office for "restricted" entry of the amended Social Security Number into the case record.]**

- [ ] Statement of Financial Affairs
- [ ] Statement of Intention for Individuals Filing Under Chapter 7
- [ ] Chapter 11 List of Equity Security Holders
- [ ] Chapter 11: The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders
- [ ] Attorney's Disclosure of Compensation
- [ ] Other: ____

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: ____.

Date: **August 8, 2024**

/s/ Pia J. North
**Pia J. North 29672**
Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
State Bar No.: **29672 VA**
Mailing Address: **North Law Bar# 29672**
**5913 Harbour Park Drive**
**Midlothian, VA 23112**
Telephone No.: **(804) 739-3700**

[amendcs ver. 12/23]

**United States Bankruptcy Court**
**Eastern District of Virginia**

In re  **Crystal L. Stamos**                                           Case No.  **23-33828**
                                        Debtor(s)                     Chapter    **13**

**TO:**

**CB Rentals, LLC**                            **Johnie R. Muncy, Esq.**
**P.O. Box 330895**                            **Samuel I. White, P.C.**
**Murfreesboro, TN 37133**                     **1804 Staples Mill Road; #200**
                                               **Richmond, VA 23230**

## NOTICE TO CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules has been filed

☑ adding you as a creditor,
☐ deleting you as a creditor,
☐ correcting your address

A copy of the amendment is forwarded to you together with this notice.

*[If amendment is adding creditor(s)]* NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered,* a subsequent notice to file claims, *if one has been issued,* and any other filed document affecting the rights of the added creditor(s).

**Crystal L. Stamos**

Date:  **August 8, 2024**                By  **/s/ Pia J. North**
                                            Attorney for Debtor [or *Pro Se* Debtor]
                                            State Bar No.:  **29672 VA**
                                            Address:  **North Law Bar# 29672**
                                                      **5913 Harbour Park Drive**
                                                      **Midlothian, VA 23112**
                                            Telephone No.:  **(804) 739-3700**

### CERTIFICATION

I certify that on  **August 9, 2024**  , I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

                                            **/s/ Pia J. North**
                                            **Pia J. North 29672**
                                            Attorney for Debtor [or *Pro Se* Debtor]

[ ntctoaddcreds ver. R. 11/01]

Stamos, Crystal - 23-33828
CB Rentals, LLC
P.O. Box 330895
Murfreesboro, TN 37133

.

Johnie R. Muncy, Esq.
Samuel I. White, P.C.
1804 Staples Mill Road; #200
Richmond, VA 23230

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Crystal L. Stamos** |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | 23-33828 |

■ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|---|
| 2.1 | **CB Rentals, LLC**<br>Creditor's Name<br><br>**P.O. Box 330895**<br>**Murfreesboro, TN 37133**<br>Number, Street, City, State & Zip Code | **Describe the property that secures the claim:**<br>Shed - Old Hickory Building (Rent to Own)<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,522.00 | $3,000.00 | $1,522.00 |

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Lease - Rent to Own**

Date debt was incurred _____    Last 4 digits of account number _____

| | | | | | |
|---|---|---|---|---|---|
| 2.2 | **Chesterfield County**<br>Creditor's Name<br><br>**P.O. 70**<br>**Chesterfield, VA 23832**<br>Number, Street, City, State & Zip Code | **Describe the property that secures the claim:**<br>2023 Real estate tax $1,700<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,700.00 | $0.00 | $1,700.00 |

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

Official Form 106D    **Schedule D: Creditors Who Have Claims Secured by Property**    page 1 of 4

Debtor 1  **Crystal L. Stamos**
         First Name   Middle Name   Last Name

Case number (if known)  **23-33828**

---

| 2.3 | **Conn's HomePlus** | Describe the property that secures the claim: | $3,292.00 | Unknown | Unknown |

Creditor's Name

Describe the property that secures the claim:
**Broken and discarded**

**Box 2358**
**Beaumont, TX 77704**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Purchase Money Security**

Date debt was incurred  **Opened 10/19  Last Active 5/10/23**

Last 4 digits of account number  **2030**

---

| 2.4 | **Consumer Portfolio Sevrs Inc.** | Describe the property that secures the claim: | $24,667.00 | $15,063.00 | $9,604.00 |

Creditor's Name

Describe the property that secures the claim:
**2018 Chrysler Pacifica 100,000 miles**
**Co-owner- David Jones, husband**

**19500 Jamboree Rd**
**Irvine, CA 92612**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Title**

Date debt was incurred  **Opened 12/22  Last Active 10/26/23**

Last 4 digits of account number  **6097**

---

Debtor 1  **Crystal L. Stamos**  
     First Name   Middle Name   Last Name

Case number (if known)  **23-33828**

| 2.5 | **Westlake Portfolio Mngmt, LLC** <br> Creditor's Name | **Describe the property that secures the claim:** <br> **2015 Chrysler 200 140,000 miles** <br> **Value NADA $9,500** <br> **NO LIENS** <br> **Debt paid in full with her tax refund money in September 2023.** | $0.00 | $9,500.00 | $0.00 |

**4751 Wilshire Blvd**
**Los Angeles, CA 90010**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Title - Paid off in September. $4,017 still on credit report**

**Date debt was incurred**  **Opened 07/17  Last Active 6/08/23**

**Last 4 digits of account number**  **7648**

Add the dollar value of your entries in Column A on this page. Write that number here:  **$34,181.00**
If this is the last page of your form, add the dollar value totals from all pages. Write that number here:  **$34,181.00**

### Part 2:  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]  Name, Number, Street, City, State & Zip Code
**Conn's Home Furnishing**
**c/o Becket & Lee LLP**
**PO Box 3002**
**Malvern, PA 19355-0702**

On which line in Part 1 did you enter the creditor?  **2.3**
Last 4 digits of account number ___

[ ]  Name, Number, Street, City, State & Zip Code
**Conn's HomePlus**
**2445 Technology Forest Blvd**
**Building 4, Suite 800**
**The Woodlands, TX 77381**

On which line in Part 1 did you enter the creditor?  **2.3**
Last 4 digits of account number ___

[ ]  Name, Number, Street, City, State & Zip Code
**Consumer Portfolio Services, Inc.**
**Attn: Bankruptcy**
**Po Box 57071**
**Irvine, CA 92619**

On which line in Part 1 did you enter the creditor?  **2.4**
Last 4 digits of account number ___

[ ]  Name, Number, Street, City, State & Zip Code
**Johnie R. Muncy, Esq.**
**Samuel I. White, P.C.**
**1804 Staples Mill Road; #200**
**Richmond, VA 23230**

On which line in Part 1 did you enter the creditor?  **2.1**
Last 4 digits of account number  **jmuncy@siwpc.com**

| Debtor 1 | **Crystal L. Stamos** | | | Case number (if known) | **23-33828** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

[ ]   Name, Number, Street, City, State & Zip Code
     **Old Hickory Buildings**
     **841 Clovis Ave Suite B**
     **Clovis, CA 93612**

On which line in Part 1 did you enter the creditor?  __2.1__

Last 4 digits of account number ___

[ ]   Name, Number, Street, City, State & Zip Code
     **Scott & Associates**
     **PO Box 113297**
     **Carrollton, TX 75011**

On which line in Part 1 did you enter the creditor?  __2.3__

Last 4 digits of account number ___

[ ]   Name, Number, Street, City, State & Zip Code
     **Westlake Portfolio Management, LLC**
     **Attn: Bankruptcy**
     **Po Box 76809**
     **Los Angeles, CA 90054**

On which line in Part 1 did you enter the creditor?  __2.5__

Last 4 digits of account number ___

**Fill in this information to identify your case:**

Debtor 1    **Crystal L. Stamos**
First Name    Middle Name    Last Name

Debtor 2
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number    **23-33828**
(if known)

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Crystal L. Stamos**                        X _____
**Crystal L. Stamos**                             Signature of Debtor 2
Signature of Debtor 1

Date    **August 8, 2024**                         Date _____