**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

___Richmond___ Division

**In re** Crystal L. Stamos                              **Case No.** 23-33828-KRH

      **Debtor(s)**                                **Chapter** 13

      **Plaintiff(s)**                             **AP No.** *[If applicable]*

**v.**

      **Defendant(s)**

## ORDER STRIKING PLEADING

A _Amended Schedule(s) and/or Statement(s) Filed: Schedule D_, having been filed by _Pia J. North_, on _August 8, 2024_, and proponent having failed to timely cure the deficiencies as set forth in the

Notice to Cure Filing Fee Deficiency pursuant to the provisions of LBR 1006-1(C)

it is, therefore

    **ORDERED** that the above pleading(s) is/are stricken from the record in the above-referenced case or adversary proceeding.

                              WILLIAM C. REDDEN
                              Clerk of Court

Date: _September 16, 2024_        By _/S/Renier Jessel_
                                      Deputy Clerk

                        NOTICE OF JUDGMENT OR ORDER
                        ENTERED ON DOCKET _September 16, 2024_

[ostrkpldg ver. 08/23]

United States Bankruptcy Court
Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 23-33828-KRH |
| Crystal L. Stamos | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-7 | User: RenierJes | Page 1 of 4 |
| Date Rcvd: Sep 16, 2024 | Form ID: pdford9 | Total Noticed: 53 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Crystal L. Stamos, 12811 Captain Drive, Chester, VA 23836-7503 |
| 16314324 | + | Allen Eger, 20404 hickory cir, south chesterfield, VA 23803-1777 |
| 16270186 | + | Allen Scott Eger, 20404 Hickory Cir, South Chesterfield, VA 23803-1777 |
| 16450786 | + | CB Rentals, LLC, PO Box 330895, Murfreesboro TN 37133-0895 |
| 16490258 | + | Johnie R. Muncy, Esq., Samuel I. White, P.C., 1804 Staples Mill Road; #200, Richmond, VA 23230-3530 |
| 16270201 | | OppLoans, Attn: Bankruptcy, One Prudential Plaza, 130 E Randolph St,, Chicago, IL 60601 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.rh.ecf@usdoj.gov | Sep 17 2024 00:35:00 | UST smg Richmond, Office of the U. S. Trustee, 701 East Broad St., Suite 4304, Richmond, VA 23219-1849 |
| 16270178 | + | Email/Text: bankruptcy@acimacredit.com | Sep 17 2024 00:36:00 | Acima Credit, 9815 S. Monroe St. 4th floor, Sandy, UT 84070-4384 |
| 16270179 | + | Email/Text: famc-bk@1stassociates.com | Sep 17 2024 00:35:00 | Bk Of Mo, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 16318592 | + | Email/Text: bkattorneynotices@gmail.com | Sep 17 2024 00:35:00 | Brandon S. Lefkowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |
| 16318593 | + | Email/Text: opportunitynotices@gmail.com | Sep 17 2024 00:35:00 | Capital Community Bank, c/o Opportunity Financial, LLC, 130 E. Randolph, Suite 3400, Chicago, IL 60601-6379 |
| 16270170 | + | Email/Text: bankruptcy@certegy.com | Sep 17 2024 00:35:00 | Certegy Check Services, Inc., 11601 Roosevelt Blvd., Saint Petersburg, FL 33716-2202 |
| 16270180 | + | Email/Text: treasurer.bankruptcy@chesterfield.gov | Sep 17 2024 00:36:00 | Chesterfield County - PP Taxes, Carey A. Adams, Treasurer, PO Box 70, Chesterfield, VA 23832-0906 |
| 16270171 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Sep 17 2024 00:35:00 | ChexSystems, Attn: Consumer Relations, 7805 Hudson Rd., Suite 100, Saint Paul, MN 55125-1595 |
| 16270176 | | Email/Text: va_tax_bk@harriscollect.com | Sep 17 2024 00:35:00 | Commonwealth of VA-Tax, P.O. Box 2156, Richmond, VA 23218-2156 |
| 16312431 | | Email/PDF: bncnotices@becket-lee.com | Sep 17 2024 01:04:18 | Conn Appliances, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 16270181 | | Email/PDF: bncnotices@becket-lee.com | Sep 17 2024 01:04:23 | Conn's Home Furnishing, c/o Becket & Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 16270182 | + | Email/PDF: bncnotices@becket-lee.com | Sep 17 2024 01:04:19 | Conn's HomePlus, Box 2358, Beaumont, TX 77704-2358 |
| 16270183 | + | Email/Text: bankruptcynotices@conns.com | | |

Case 23-33828-KRH    Doc 50    Filed 09/18/24    Entered 09/19/24 00:17:27    Desc Imaged
                       Certificate of Notice    Page 3 of 5

| District/off: 0422-7 | User: RenierJes | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Sep 16, 2024 | Form ID: pdford9 | Total Noticed: 53 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | Sep 17 2024 00:34:00 | Conn's HomePlus, 2445 Technology Forest Boulevard, Building 4, Suite 800, The Woodlands, TX 77381-5258 |
| 16270184 | + | Email/Text: bankruptcy@consumerportfolio.com | Sep 17 2024 00:35:00 | Consumer Portfolio Services, Inc., 19500 Jamboree Rd, Irvine, CA 92612-2437 |
| 16270185 | + | Email/Text: bankruptcy@consumerportfolio.com | Sep 17 2024 00:35:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 16270187 | | Email/Text: customersupport@elevaterecoveries.com | Sep 17 2024 00:35:00 | Elevate Recoveries, 1930 N Grand Ave, Sherman, TX 75090 |
| 16270188 | | Email/Text: customersupport@elevaterecoveries.com | Sep 17 2024 00:35:00 | Elevate Recoveries, Attn: Bankruptcy, Po Box 910009, Sherman, TX 75091 |
| 16270173 | | Email/Text: bankruptcycourts@equifax.com | Sep 17 2024 00:35:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30374 |
| 16270172 | ^ | MEBN | Sep 17 2024 00:31:20 | Experian, Dispute Department, P.O. Box 4500, Allen, TX 75013-1311 |
| 16270190 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 17 2024 00:36:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 16270189 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 17 2024 00:36:00 | Fingerhut Fetti/Webbank, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 16270191 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 17 2024 01:04:37 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 16270192 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 17 2024 00:41:16 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 16270177 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 17 2024 00:35:00 | Internal Revenue Service, Centralized Insolvency Unit, P O Box 7346, Philadelphia, PA 19101-7346 |
| 16270194 | + | Email/Text: bankruptcy@kikoff.com | Sep 17 2024 00:34:00 | Kikoff Lending Llc, Attn: Bankruptcy, 75 Broadway Suite 226, San Francisco, CA 94111-1458 |
| 16270193 | + | Email/Text: bankruptcy@kikoff.com | Sep 17 2024 00:34:00 | Kikoff Lending Llc, 75 Broadway, San Francisco, CA 94111-1423 |
| 16310681 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 17 2024 01:04:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16270195 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 17 2024 00:42:04 | Lvnv Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 16270196 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 17 2024 00:42:37 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 16270198 | + | Email/Text: financeadmin@mdg.com | Sep 17 2024 00:34:00 | MDG US/Capital Community Bank, Attn: Bankruptcy, 3422 Old Capital Trail, Pmb# 1993, Wilmington, DE 19808-6124 |
| 16270199 | + | Email/Text: financeadmin@mdg.com | Sep 17 2024 00:34:00 | MDG USA Inc., 3422 Old Capitol Trail, PMB# 1993, Wilmington, DE 19808-6124 |
| 16313373 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 17 2024 00:35:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 16288906 | + | Email/Text: ecfbankruptcy@progleasing.com | Sep 17 2024 00:35:00 | NPRTO South-East, LLC, 256 west Data Drive, Draper, UT 84020-2315 |
| 16270200 | + | Email/Text: opportunitynotices@gmail.com | Sep 17 2024 00:35:00 | OppLoans, 130 East Randolph Street, Chicago, IL 60601-6207 |
| 16310680 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 17 2024 00:41:08 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16312333 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 17 2024 00:35:00 | Premier Bankcard, LLC, Jefferson Capital Systems |

Case 23-33828-KRH    Doc 50    Filed 09/18/24    Entered 09/19/24 00:17:27    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0422-7 | User: RenierJes | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 16, 2024 | Form ID: pdford9 | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| | | | | LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 16270202 | + | Email/Text: ecfbankruptcy@progleasing.com | Sep 17 2024 00:35:00 | Progressive Leasing, 256 West Data Dr, Draper, UT 84020-2315 |
| 16270205 | + | Email/Text: bankruptcy@sw-credit.com | Sep 17 2024 00:35:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 16270204 | + | Email/Text: bankruptcy@sw-credit.com | Sep 17 2024 00:35:00 | SWC Group, 4120 International Parkway, Carrollton, TX 75007-1957 |
| 16270203 | + | Email/Text: courts@scott-pc.com | Sep 17 2024 00:36:00 | Scott & Associates, PO Box 113297, Carrollton, TX 75011-3297 |
| 16270169 | ^ | MEBN | Sep 17 2024 00:31:02 | TransUnion, P.O. Box 2000, Chester, PA 19016-2000 |
| 16270174 | ^ | MEBN | Sep 17 2024 00:30:45 | TransUnion Consumer Relations, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 16279298 | + | Email/Text: treasurer.bankruptcy@chesterfield.gov | Sep 17 2024 00:36:00 | Treasurer Chesterfield County, PO BOX 70, Chesterfield, VA 23832-0906 |
| 16288067 | + | Email/Text: bankruptcy@bbandt.com | Sep 17 2024 00:35:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 16270175 | | Email/Text: accounting@weimark.com | Sep 17 2024 00:35:00 | Weimark Credit Information, PO Box 994, Brick, NJ 08723 |
| 16270206 | ^ | MEBN | Sep 17 2024 00:32:34 | Westlake Portfolio Management, LLC, 4751 Wilshire Blvd, Los Angeles, CA 90010-3827 |
| 16270207 | ^ | MEBN | Sep 17 2024 00:31:12 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Allen Eger |
| cr | | CB Rentals, LLC |
| 16270197 | | MDG US/Capital Community Bank |
| 16490257 | *+ | CB Rentals, LLC, P.O. Box 330895, Murfreesboro, TN 37133-0895 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 18, 2024       Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gerard R. Vetter | USTPRegion04.RH.ECF@usdoj.gov |
| Jason Meyer Krumbein | on behalf of Debtor Crystal L. Stamos jkrumbein@krumbeinlaw.com a30156@yahoo.com;plutzky@krumbeinlaw.com;jkrumbein@recap.email |
| Johnie Rush Muncy | on behalf of Creditor CB Rentals LLC jmuncy@siwpc.com, dsasser@siwpc.com;ewhite@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com |
| Pia J. North | on behalf of Debtor Crystal L. Stamos R44457@notify.bestcase.com;northlaw@pianorth.com;barbara@pianorth.com;mandy@pianorth.com;northlawecf@gmail.com;notices.northlaw@earthlink.net;bkynotices@gmail.com |
| Suzanne E. Wade | ecfsummary@ch13ricva.com trustee@ch13ricva.com;fred@cmc13.net |

TOTAL: 5