# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**   23−33828−KRH
**Chapter**   13

**In re:**

Crystal L. Stamos
12811 Captain Drive
Chester, VA 23836

SSN: xxx−xx−9135                                EIN: NA

### NOTICE OF CONFIRMATION OF CHAPTER 13 PLAN OR
### AMENDED/MODIFIED CHAPTER 13 PLAN

Notice is hereby given of the entry of an order of this court on October 17, 2024, confirming the Chapter 13 Plan
or Amended/Modified Plan filed by the debtor(s) in this case.

The original order is on file in the Clerk's Office.

Dated:   October 17, 2024                    For the Court,

                                             William C. Redden, Clerk
[ntcConfCh13PlanvNov2020.jsp]                United States Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                    Case No. 23-33828-KRH

Crystal L. Stamos                                                                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7                          User: RenierJes                                Page 1 of 4

Date Rcvd: Oct 17, 2024                       Form ID: ntc13cfp                              Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Crystal L. Stamos, 12811 Captain Drive, Chester, VA 23836-7503 |
| 16314324 | + | Allen Eger, 20404 hickory cir, south chesterfield, VA 23803-1777 |
| 16270186 | + | Allen Scott Eger, 20404 Hickory Cir, South Chesterfield, VA 23803-1777 |
| 16450786 | + | CB Rentals, LLC, PO Box 330895, Murfreesboro TN 37133-0895 |
| 16490258 | + | Johnie R. Muncy, Esq., Samuel I. White, P.C., 1804 Staples Mill Road; #200, Richmond, VA 23230-3530 |
| 16520193 | + | Old Hickory Buildings, 841 Clovis Ave Suite B, Clovis, CA 93612-1807 |
| 16270201 | | OppLoans, Attn: Bankruptcy, One Prudential Plaza, 130 E Randolph St., Chicago, IL 60601 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16270178 | + | Email/Text: bankruptcy@acimacredit.com | Oct 18 2024 00:48:00 | Acima Credit, 9815 S. Monroe St. 4th floor, Sandy, UT 84070-4384 |
| 16270179 | + | Email/Text: famc-bk@1stassociates.com | Oct 18 2024 00:47:00 | Bk Of Mo, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 16318592 | + | Email/Text: bkattorneynotices@gmail.com | Oct 18 2024 00:38:00 | Brandon S. Lefkowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |
| 16318593 | + | Email/Text: opportunitynotices@gmail.com | Oct 18 2024 00:47:00 | Capital Community Bank, c/o Opportunity Financial, LLC, 130 E. Randolph, Suite 3400, Chicago, IL 60601-6379 |
| 16270170 | + | Email/Text: bankruptcy@certegy.com | Oct 18 2024 00:38:00 | Certegy Check Services, Inc., 11601 Roosevelt Blvd., Saint Petersburg, FL 33716-2202 |
| 16270180 | + | Email/Text: treasurer.bankruptcy@chesterfield.gov | Oct 18 2024 00:48:00 | Chesterfield County - PP Taxes, Carey A. Adams, Treasurer, PO Box 70, Chesterfield, VA 23832-0906 |
| 16270171 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Oct 18 2024 00:47:00 | ChexSystems, Attn: Consumer Relations, 7805 Hudson Rd., Suite 100, Saint Paul, MN 55125-1595 |
| 16270176 | | Email/Text: va_tax_bk@harriscollect.com | Oct 18 2024 00:47:00 | Commonwealth of VA-Tax, P.O. Box 2156, Richmond, VA 23218-2156 |
| 16312431 | | Email/PDF: bncnotices@becket-lee.com | Oct 18 2024 01:01:12 | Conn Appliances, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 16270181 | | Email/PDF: bncnotices@becket-lee.com | Oct 18 2024 01:01:23 | Conn's Home Furnishing, c/o Becket & Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 16270182 | + | Email/PDF: bncnotices@becket-lee.com | Oct 18 2024 01:01:51 | Conn's HomePlus, Box 2358, Beaumont, TX 77704-2358 |
| 16270183 | + | Email/Text: bankruptcynotices@conns.com | Oct 18 2024 00:37:00 | Conn's HomePlus, 2445 Technology Forest Boulevard, Building 4, Suite 800, The Woodlands, TX 77381-5258 |

| | | | |
|---|---|---|---|
| 16270184 | + Email/Text: bankruptcy@consumerportfolio.com | Oct 18 2024 00:47:00 | Consumer Portfolio Services, Inc., 19500 Jamboree Rd, Irvine, CA 92612-2437 |
| 16270185 | + Email/Text: bankruptcy@consumerportfolio.com | Oct 18 2024 00:47:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 16270187 | Email/Text: customersupport@elevaterecoveries.com | Oct 18 2024 00:38:00 | Elevate Recoveries, 1930 N Grand Ave, Sherman, TX 75090 |
| 16270188 | Email/Text: customersupport@elevaterecoveries.com | Oct 18 2024 00:38:00 | Elevate Recoveries, Attn: Bankruptcy, Po Box 910009, Sherman, TX 75091 |
| 16270173 | Email/Text: bankruptcycourts@equifax.com | Oct 18 2024 00:38:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30374 |
| 16270172 | ^ MEBN | Oct 18 2024 00:35:52 | Experian, Dispute Department, P.O. Box 4500, Allen, TX 75013-1311 |
| 16270190 | + Email/Text: bnc-bluestem@quantum3group.com | Oct 18 2024 00:48:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 16270189 | + Email/Text: bnc-bluestem@quantum3group.com | Oct 18 2024 00:48:00 | Fingerhut Fetti/Webbank, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 16270191 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 18 2024 01:13:08 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 16270192 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 18 2024 01:13:12 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 16270177 | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 18 2024 00:38:00 | Internal Revenue Service, Centralized Insolvency Unit, P O Box 7346, Philadelphia, PA 19101-7346 |
| 16270194 | + Email/Text: bankruptcy@kikoff.com | Oct 18 2024 00:38:00 | Kikoff Lending Llc, Attn: Bankruptcy, 75 Broadway Suite 226, San Francisco, CA 94111-1458 |
| 16270193 | + Email/Text: bankruptcy@kikoff.com | Oct 18 2024 00:38:00 | Kikoff Lending Llc, 75 Broadway, San Francisco, CA 94111-1423 |
| 16310681 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2024 01:01:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16270195 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2024 01:01:55 | Lvnv Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 16270196 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2024 01:01:21 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 16270198 | + Email/Text: financeadmin@mdg.com | Oct 18 2024 00:37:00 | MDG US/Capital Community Bank, Attn: Bankruptcy, 3422 Old Capital Trail, Pmb# 1993, Wilmington, DE 19808-6124 |
| 16270199 | + Email/Text: financeadmin@mdg.com | Oct 18 2024 00:37:00 | MDG USA Inc., 3422 Old Capitol Trail, PMB# 1993, Wilmington, DE 19808-6124 |
| 16313373 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 18 2024 00:39:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 16288906 | + Email/Text: ecfbankruptcy@progleasing.com | Oct 18 2024 00:47:00 | NPRTO South-East, LLC, 256 west Data Drive, Draper, UT 84020-2315 |
| 16270200 | + Email/Text: opportunitynotices@gmail.com | Oct 18 2024 00:47:00 | OppLoans, 130 East Randolph Street, Chicago, IL 60601-6207 |
| 16310680 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2024 01:01:16 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16312333 | + Email/Text: JCAP_BNC_Notices@jcap.com | Oct 18 2024 00:47:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 16270202 | + Email/Text: ecfbankruptcy@progleasing.com | | |

| | | | Oct 18 2024 00:47:00 | Progressive Leasing, 256 West Data Dr, Draper, UT 84020-2315 |
| 16270205 | + | Email/Text: bankruptcy@sw-credit.com | | |
| | | | Oct 18 2024 00:47:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 16270204 | + | Email/Text: bankruptcy@sw-credit.com | | |
| | | | Oct 18 2024 00:47:00 | SWC Group, 4120 International Parkway, Carrollton, TX 75007-1957 |
| 16270203 | + | Email/Text: courts@scott-pc.com | | |
| | | | Oct 18 2024 00:48:00 | Scott & Associates, PO Box 113297, Carrollton, TX 75011-3297 |
| 16270169 | ^ | MEBN | | |
| | | | Oct 18 2024 00:35:35 | TransUnion, P.O. Box 2000, Chester, PA 19016-2000 |
| 16270174 | ^ | MEBN | | |
| | | | Oct 18 2024 00:35:14 | TransUnion Consumer Relations, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 16279298 | + | Email/Text: treasurer.bankruptcy@chesterfield.gov | | |
| | | | Oct 18 2024 00:48:00 | Treasurer Chesterfield County, PO BOX 70, Chesterfield, VA 23832-0906 |
| 16288067 | + | Email/Text: bankruptcy@bbandt.com | | |
| | | | Oct 18 2024 00:38:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 16270175 | | Email/Text: accounting@weimark.com | | |
| | | | Oct 18 2024 00:38:00 | Weimark Credit Information, PO Box 994, Brick, NJ 08723 |
| 16270206 | ^ | MEBN | | |
| | | | Oct 18 2024 00:37:03 | Westlake Portfolio Management, LLC, 4751 Wilshire Blvd, Los Angeles, CA 90010-3827 |
| 16270207 | ^ | MEBN | | |
| | | | Oct 18 2024 00:35:27 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 46

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Allen Eger |
| cr | | CB Rentals, LLC |
| 16270197 | | MDG US/Capital Community Bank |
| 16520191 | *+ | CB Rentals, LLC, P.O. Box 330895, Murfreesboro, TN 37133-0895 |
| 16490257 | *+ | CB Rentals, LLC, P.O. Box 330895, Murfreesboro, TN 37133-0895 |
| 16520192 | *+ | Johnie R. Muncy, Esq., Samuel I. White, P.C., 1804 Staples Mill Road; #200, Richmond, VA 23230-3530 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2024                         Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0422-7        User: RenierJes        Page 4 of 4

Date Rcvd: Oct 17, 2024        Form ID: ntc13cfp        Total Noticed: 53

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Gerard R. Vetter | USTPRegion04.RH.ECF@usdoj.gov |
| Jason Meyer Krumbein | on behalf of Debtor Crystal L. Stamos jkrumbein@krumbeinlaw.com a30156@yahoo.com;plutzky@krumbeinlaw.com;jkrumbein@recap.email |
| Johnie Rush Muncy | on behalf of Creditor CB Rentals  LLC jmuncy@siwpc.com, dsasser@siwpc.com;ewhite@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com |
| Pia J. North | on behalf of Debtor Crystal L. Stamos R44457@notify.bestcase.com;northlaw@pianorth.com;barbara@pianorth.com;mandy@pianorth.com;northlawecf@gmail.com;notices.northlaw@earthlink.net;bkynotices@gmail.com |
| Suzanne E. Wade | ecfsummary@ch13ricva.com  trustee@ch13ricva.com;fred@cmc13.net |

TOTAL: 5