Attorney for Debtors
Pia J. North, Esq. #29672
North Law
5913 Harbour Park Drive
Midlothian, VA 23112
Tel: (804) 739-3700
Fax: (804)739-2550
Help@PiaNorth.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: | ) |
| SEE EXHIBIT A | ) |
| | )   Chapter 13 |
| | ) |
| | ) |
| _____ | ) |

## OMNIBUS MOTION TO SUBSTITUTE COUNSEL

COMES NOW Pia J. North, Esq. ("Attorney North"). Pursuant to Local Rule 2090-1 (G) and respectfully moves hereby moves this Honorable Court for the entry of an order substituting Christopher M. Winslow, Esq., of Winslow, McCurry & MacCormac, PLLC ("Attorney Winslow"), as attorney of record in certain Chapter 13 bankruptcy cases currently assigned to Pia J. North, Esq., as set forth on Exhibit A and Exhibit B and in support of this Motion states as follows:

1. **Attorney's Transition**. Attorney North is transitioning into retirement and seeks to ensure continued excellence in the representation of certain Chapter 13 bankruptcy cases currently under her supervision and practice.

2. **Notice to Clients**. All clients of record for Attorney North were notified of the retirement of North and of this proposed substitution and the option to retain alternative counsel on September 7, 2024.

3. **Substitute Counsel:** Attorney Winslow has agreed to take over the Chapter 13 cases listed in Exhibit A, currently assigned to Attorney North. The clients listed in Exhibit A have consented to Attorney Winslow's substitution following Attorney North's withdrawal and to Attorney North and Attorney Winslow splitting

fees. However, the clients listed in Exhibit B have not responded to notifications regarding Attorney North's inability to continue representing them, and their opportunity to make a decision about their representation**.**

4. **No Prejudice to the Clients or the Administration of Justice**. All legal representation of the above-described clients shall continue under Attorney North until the withdrawal is approved by the Court. The substitution of counsel will not result in either prejudice to the debtors or disrupt the administration of these bankruptcy cases as Attorney Winslow is fully qualified and prepared to assume representation in all matters.

5. **No Look Fee**. Attorney North's fees are governed by the "No-Look Fee" provision under Local Rule 2016-1(C)(3)(a), as detailed in the Attorney Disclosure of Compensation Statement and the Chapter 13 Plan filed in these cases. Attorney Winslow agrees not to seek or charge additional attorney fees beyond the amounts already approved for legal work covered by Rule 2016-1(C)(3)(a). Unless otherwise agreed to in writing between the debtors and Attorney Winslow, and subsequently approved by the Court upon a fee application and after notice and a hearing, with service upon parties-in-interest, including the United States Trustee, such fees shall be the only fees to be paid by the debtor(s) for legal services required during the pendency of their instant chapter 13 bankruptcy as set forth in Local Bankruptcy Rule 2016-1(C)(3)(c).

    (d) Should a debtor(s) need to commence or defend an adversary proceeding under Part 7 of the Federal Rules of Bankruptcy Procedure, or an appeal, the attorney for the debtor(s) may request leave to withdraw as attorney or to seek additional compensation in connection with the adversary proceeding or appeal. The representation of a debtor(s) in connection with any such adversary proceeding or appeal would be treated as a separate billing matter, for which the Court may allow additional compensation, after notice and a hearing, on a time-and effort basis, subject to the supplemental fee application process set forth below.

6. **Fee Allocation**. Attorneys North and Winslow agree that the remaining fees outlined in the Chapter 13 Plans for these cases will be divided between them, regardless of whether the case has a confirmed plan as of the date of the entry of the Order to Substitute. The Chapter 13 Trustees are authorized to distribute any unpaid

fees as follows: 33.3% to Attorney North and 66.7% to Attorney Winslow, starting from the entry of the Order to Substitute.

**WHEREFORE,** Pia J. North, Esq. respectfully requests that the Court grant this Omnibus Motion approving the withdrawal of Attorney North and the substitution of Attorney Winslow in the following Chapter 13 bankruptcy cases assigned to Attorney North and transferring representation to Attorney Winslow Counsel and grant such other and further relief as the Court deems appropriate.

Date:  November 12, 2024

By: /s/ Pia J. North
Attorney for the Debtors

I ask for this:
/s/ Pia J.  North
Pia J.  North, Esq. (VSB #29672)
North Law
5913 Harbour Park Drive
Midlothian, VA 23112
Telephone: (804) 739-3700
Facsimile: (804) 739-2550
Help@pianorth.com

Seen and Agreed:
/s/ Christopher M. Winslow
Christopher M. Winslow, Esq. (VSB #76156)
1324 Sycamore Square
Midlothian, VA 23113
Telephone: (804) 423-1382
Facsimile: (804) 423-1383
chris@wmmlegal.com

Seen:

/s/ Kathryn R. Montgomery
Kathryn R. Montgomery
Assistant United States Trustee
VSB no. 42380
United States Trustee
701 E. Broad Street
Room 4304
Richmond, VA 23219
Kathryn.Montgomery@usdoj.gov

Attorney for Debtor
Pia J. North, Esq. #29672
North Law
5913 Harbour Park Drive
Midlothian, VA 23112
Tel: (804) 739-3700
Fax: (804)739-2550
Help@PiaNorth.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:                                                           )
SEE EXHIBIT A                                            )
                                                                       )         Chapter 13
_____      )

**NOTICE OF MOTION**

    Pia J. North, Esq. having filed papers with the court: Motion to Substitute Counsel.

    <u>**Your rights may be affected.**</u> You should read these papers carefully and discuss **them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the court to grant the relief sought in the objection, or if you want the court to consider your views on the motion, then **on or before December 3, 2024,** you or your attorney must: File with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

| | |
|---|---|
| Clerk of Court | You must also mail a copy to: |
| United States Bankruptcy Court | Pia J. North |
| 701 E. Broad Street, Room 4000 | North Law |
| Richmond, VA 23219 | 5913 Harbour Park Drive |
| | Midlothian, VA 23112 |
| Office of the U.S. Trustee | Carl M. Bates |
| 701 E. Broad Street, Room 4304 | P.O. Box 1819 |
| Richmond, Virginia 23219 | Richmond, VA 23218-1819 |
| | Suzanne E. Wade |
| | P.O. Box 1780 |
| | Richmond, VA 23218-1780 |

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Attorney for Debtor
Pia J. North, Esq. #29672
North Law
5913 Harbour Park Drive
Midlothian, VA 23112
Tel: (804) 739-3700
Fax: (804)739-2550
Help@PiaNorth.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: | ) |
| SEE EXHIBIT A | ) |
| | )   Chapter 13 |
| | ) |
| | ) |
| _____ | ) |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on **December 4, 2024 @ 12:00 Noon** or as soon thereafter as is practical, we will appear before the Honorable Kevin R. Huennekens 701 E. Broad Street, Room 5000, Richmond, VA 23219 on the Motion to Substitute Counsel.

BY:        /s/ Pia J. North
           Attorney for the Debtors

**Certificate of Service**

I hereby certify that I have on November 12, 2024, served by transmitting a true copy of the foregoing Motion to Substitute Counsel, Notice of Motion and Notice of Hearing electronically through the Court's CM/ECF system to the U.S. Trustee, Chapter 13 Trustees and interested parties via ECF.

By:    /s/ Pia J. North
       Counsel

| Case# | LastName | First Name |
|---|---|---|
| 18-33514-H | Aldridge | Robin |
| 18-35645-KRH | Bailey, Jr. | Walter |
| 19-32810-KRH | Barnes | Jerome |
| 19-30865-KRH | Bayliss | Jennifer |
| 20-30556-KRH | Bedford | Sharon |
| 20-31305-KRH | Borden | Steven |
| 22-30528-KRH | Boudaouch | Abdellatif |
| 22-31494-KRH | Butler, Jr. | Curtis |
| 19-34168-KRH | Cleveland | Carnelia |
| 22-32199-KRH | Clipper | Jamel |
| 19-36607-KRH | Cosby-Robertson | Tiffany |
| 23-33477-H | Davila | Lynatte |
| 19-36047-H | Delbridge | Thomas |
| 23-30697-H | Dowler | Richard |
| 24-32317-H | Eaton, Jr. | Anthony |
| 22-31871-H | Ellis | Tamara |
| 23-32991-H | Favors | Coley |
| 22-32174-H | Fortune | Dianna |
| 21-31754-H | Freeman-Perry | Ramona |
| 22-32791-H | Geoghegan | Christopher |
| 24-31187-H | Grubbs, Jr. | Leonard |
| 19-31755-H | Hall | Lewis |
| 22-32761-H | Harris, Jr. | James |
| 23-30144-H | Hunter | Tamara |
| 23-30018-H | Lewis-Leffew | Ibolya |
| 23-32225-H | Long | Kyle |
| 22-30669-H | Manley | Joyce |
| 24-31919-H | Nedrick | Garon |
| 20-30652-H | Owens | Carla |
| 22-31813-H | Peoples | Quincy |
| 20-31698-H | Riviera | Bert |
| 21-32654-H | Scheetz | Nathan |
| 23-33351-H | Simmons | Loretta |
| 23-33454-H | Smith | Anthony |
| 23-33828-H | Stamos | Crystal |
| 19-33812-H | Sydnor | Stephanie |
| 20-31068-H | Tharpe-Meeks | Janet |
| 22-31628-H | Thomas | Shavone |
| 23-34180-H | Turner | Lori |
| 21-30706-H | Vaughan | Sherry |
| 23-30844-H | Wallace | Brittney |