Attorney for Debtor
Pia J. North, Esq. #29672
North Law
5913 Harbour Park Drive
Midlothian, VA 23112
Tel: (804) 739-3700
Fax: (804)739-2550
Help@PiaNorth.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: | ) |
| SEE SCHEDULE A | ) |
| | )    Chapter 13 |
| | ) |
| | ) |
| _____ | ) |

## ORDER GRANTING SUBSTITUTION OF COUNSEL

Upon consideration of the Motion to Substitute Counsel pursuant to the Federal Rules of Bankruptcy Procedure and Local Rule 2090-1(G) filed by Pia J. North, Esq. of North Law to substitute Christopher M. Winslow, Esq., of Winslow, McCurry & MacCormac, PLLC, as attorney of record in the Chapter 13 bankruptcy cases as set forth in Exhibit A; the Court having jurisdiction to consider the Motion and the relief requested therein; notice of the Motion having been adequate and appropriate under the circumstances; the Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just and sufficient cause for the relief granted herein, and after due deliberation

Attorney for Debtor
Pia J.  North, Esq. #29672
North Law
5913 Harbour Park Drive
Midlothian, VA 23112
Tel: (804) 739-3700
Fax: (804)739-2550
Help@PiaNorth.com

**IT IS HEREBY ORDERED** THAT:

1. Pia J. North, Esq. is granted leave to withdraw from her representation of the Debtors herein;

2. Chistopher M. Winslow, Esq. is substituted as counsel for the Debtors herein;

3. Christopher M. Winslow, Esq. attorney's fees will be governed by the "No Look Fee" provision of Local Rule 2016-1(3)(a) and shall be consistent with the Attorney Disclosure of Compensation Statement and Chapter 13 Plan filed in these matters.  Attorney Winslow will not seek or charge additional attorney fees beyond the amounts already approved for legal work encompassed by the "No Look Fee". Unless otherwise agreed to in writing between the debtors and Attorney Winslow, and subsequently approved by the Court upon a fee application and after notice and a hearing, with service upon parties-in-interest, including the United States Trustee, such fees shall be the only fees to be paid by the debtor(s) for legal services required during the pendency of their instant chapter 13 bankruptcy as set forth in Local Bankruptcy Rule 2016-1(C)(3)(c).  For the avoidance of doubt, Attorney Winslow may charge a separate fee to represent debtors in adversary proceedings or actions to discharge student loans.

4. Upon the entry of this Order, regardless of whether the case has a confirmed plan, the Chapter 13 Trustees are authorized to distribute any remaining unpaid attorney's fees as follows: 33.3% to Attorney Pia J. North, and 66.7% to Attorney Christopher M. Winslow.

The Clerk shall distribute copies of this Order, or give electronic notice of its entry, to the parties listed below and the Debtors.

Attorney for Debtor
Pia J. North, Esq. #29672
North Law
5913 Harbour Park Drive
Midlothian, VA 23112
Tel: (804) 739-3700
Help@PiaNorth.com
Order on Motion to Substitute

I ASK FOR THIS:

/s/ Pia J. North
Pia J. North, Esq. (VSB #29672)
NORTH LAW
5913 Harbour Park Drive
Midlothian, VA 23112
Tel: (804) 739-3700
help@pianorth.com

_____
Honorable Kevin R. Huennekens

DATED:            /          /

ENTERED ON DOCKET:

| I ASK FOR THIS: | SEEN AND AGREED: | |
|---|---|---|
| /s/ Pia J. North<br>Pia J. North, Esq. (VSB #29672)<br>NORTH LAW<br>5913 Harbour Park Drive<br>Midlothian, VA 23112<br>Tel: (804) 739-3700<br>help@pianorth.com | /s/ Christopher M. Winslow<br>WINSLOW, MCCURRY & MACCORMAC, PLLC<br>Christopher M. Winslow, Esq. (VSB #76156)<br>1324 Sycamore Square<br>Midlothian, VA 23113<br>Telephone: (804) 423-1382<br>chris@wmmlegal.com  (OK) | |
| Seen:<br>By: /s/ Kathyrn S. Montgomery<br>OFFICE OF THE UNITED STATES TRUSTEE<br>Kathryn R. Montgomery<br>VSB# 42380<br>Office of the United States Trustee<br>U.S. Courthouse<br>701 East Broad St., Suite 4304<br>Richmond, VA 23219<br>Kathryn.Montgomery@usdoj.gov | Seen:<br><br>/s/ Suzanne E. Wade<br>Suzanne E. Wade,<br>Chapter 13 Trustee<br>P.O. Box 1780<br>Richmond, VA 23219<br>Telephone: (804) 775-0975<br>orders@ch13ricva.com | Seen:<br><br>/s/ Carl M. Bates<br>Carl M. Bates,<br>Chapter 13 Trustee<br>P.O. Box 1819<br>Richmond, VA 23219<br>Telephone: (804) 237-6800<br>cmbates@richchap13.com (OK) |

## CERTIFICATION

The undersigned hereby certifies that the foregoing Order has been signed by or served on all necessary parties as required by Local Bankruptcy Rule 9022.

12/4/2024                                            /s/ Pia J. North
Date                                                 Counsel

Honorable Kevin R. Huennekens  Schedule A

| Case# KRH | LastName | First Name |
|---|---|---|
| 18-33514 | Aldridge | Robin |
| 18-35645 | Bailey, Jr. | Walter |
| 19-32810 | Barnes | Jerome |
| 19-30865 | Bayliss | Jennifer |
| 20-30556 | Bedford | Sharon |
| 20-31305 | Borden | Steven |
| 22-30528 | Boudaouch | Abdellatif |
| 22-31494 | Butler, Jr. | Curtis |
| 19-34168 | Cleveland | Carnelia |
| 22-32199 | Clipper | Jamel |
| 19-36607 | Cosby-Robertson | Tiffany |
| 23-33477 | Davila | Lynatte |
| 19-36047 | Delbridge | Thomas |
| 23-30697 | Dowler | Richard |
| 24-32317 | Eaton, Jr. | Anthony |
| 22-31871 | Ellis | Tamara |
| 23-32991 | Favors | Coley |
| 22-32174 | Fortune | Dianna |
| 21-31754 | Freeman-Perry | Ramona |
| 22-32791 | Geoghegan | Christopher |
| 24-31187 | Grubbs, Jr. | Leonard |
| 19-31755 | Hall | Lewis |
| 22-32761 | Harris, Jr. | James |
| 23-30144 | Hunter | Tamara |
| 23-30018 | Lewis-Leffew | Ibolya |
| 23-32225 | Long | Kyle |
| 22-30669 | Manley | Joyce |
| 24-31919 | Nedrick | Garon |
| 20-30652 | Owens | Carla |
| 22-31813 | Peoples | Quincy |
| 20-31698 | Riviera | Bert |
| 21-32654 | Scheetz | Nathan |
| 23-33351 | Simmons | Loretta |
| 23-33454 | Smith | Anthony |
| 23-33828 | Stamos | Crystal |
| 19-33812 | Sydnor | Stephanie |
| 20-31068 | Tharpe-Meeks | Janet |
| 22-31628 | Thomas | Shavone |
| 23-34180 | Turner | Lori |
| 21-30706 | Vaughan | Sherry |
| 23-30844 | Wallace | Brittney |